# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 1:18-cv-01722-RM-KMT

REUBEN WATERMAN,

    Plaintiff,

v.

THE CITY OF COLORADO SPRINGS, COLORADO, a home rule city and Colorado municipal corporation, to include all its enterprises,

    Defendant.

---

## ORDER
---

This matter is before the Court on the recommendation of United States Magistrate Judge Kathleen M. Tafoya (ECF No. 63) to grant Defendant's motion for summary judgment (ECF No. 38). Plaintiff, an attorney proceeding pro se, alleges Defendant discriminated against him because of his age when it failed to hire him for two positions he applied for. However, he has not responded to Defendant's motion for summary judgment. The magistrate judge recommends granting the motion because Plaintiff has failed to raise a genuine issue of material facts on two elements necessary to establish a prima facie case for age discrimination. The recommendation advised Plaintiff that specific written objections were due within fourteen days after being served a copy of the recommendation. Plaintiff did not object, and the time to do so has expired.

"In the absence of a timely objection, the district court may review a magistrate judge's report under any standard it deems appropriate." *Summers v. State of Utah*, 927 F.3d 1165, 1167 (10th Cir. 1991). The Court concludes the magistrate judge's analysis was thorough and sound

and discerns no clear error on the face of the record.  The recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

Accordingly, the Court ACCEPTS and ADOPTS the recommendation (ECF No. 63) and GRANTS the motion for summary judgment (ECF No. 38).  The Clerk is directed to enter JUDGMENT in Defendant's favor and CLOSE this case.

DATED this 29th day of May, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge